RECEIVED
AUG 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PAT HUVAL'S FISHERMAN WHARF | CIVIL ACTION NO.: 06-324 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION, and THE CRAWFISH PROCESSORS ALLIANCE | MAGISTRATE JUDGE METHVIN |

## ORDER

Considering the foregoing Ruling:

IT IS HEREBY ORDERED that the Motions to Dismiss the Complaint filed by Crawfish Processors Alliance [Doc. 4], the United States International Trade Commission [Doc. 13] and the United States Bureau of Customs and Border Protection [Doc. 15] are hereby DENIED as MOOT and plaintiff's suit is ordered TRANSFERRED to the United States Court of International Trade.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 22 day of August, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE